# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01108-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, THE STATE OF CALIFORNIA, AND WARDEN STEVE SMITH AS PARTIES IN THIS ACTION<br><br>(ECF No. 16) |

On December 29, 2023, Plaintiff and Defendants California Department of Corrections and Rehabilitation (CDCR), D. Contreras, J. Rodrigues, S. McHoul, State of California, Steve Smith, W. Velasquez, and W. Whitley, filed a stipulated notice of dismissal of Defendants CDCR and State of California with prejudice, and Defendant Steve Smith without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 16.) The parties stipulate that each party shall bear its own litigation costs and attorneys' fees. (Id.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")).

1

The Court notes that Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Despite the instant stipulated dismissal under Rule 41(a)(1)(A)(ii), no Defendant has filed an answer or motion for summary judgment in this action. Under Rule 41(a)(1)(A)(i) a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants CDCR, State of California, and Warden Steve Smith, as defendants in this action.

IT IS SO ORDERED.

Dated: __**January 2, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE