UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-01108-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND SETTLEMENT INSTRUCTIONS<br><br>Date:　　　　**July 30, 2024**<br>Time:　　　　9:30 AM<br>Courtroom:　Courtroom 8 (BAM) |

   This case is SET for a Settlement Conference on **July 30, 2024, at 9:30 AM in Courtroom 8 (BAM)** before the undersigned.  The <u>attorneys who will try the case</u> along with the parties and the person or persons <u>having full authority</u> to negotiate and settle the case, on any terms, shall appear **via Zoom** at the conference.

   Counsel for the parties shall contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Plaintiff is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at this date and time and providing the necessary Zoom contact information.  The Court will issue any necessary transportation order in due course.

    No later than **seven (7) days** prior to the settlement conference, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement should neither be filed with the clerk of the

1  Court nor served on any other party.  Each statement shall be clearly marked
2  "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated
3  prominently.
4      The settlement statement should not be lengthy but shall include a brief recitation of the
5  facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time
6  to be expended for further pretrial and trial matters, and the relief sought. The parties are also
7  directed to include a candid statement on the party's position on settlement, including the
8  amount which the party will accept to settle, realistic settlement expectations, present
9  settlement proposals, and a history of past settlement discussions, offers, demands, and a report
10 on settlement efforts to date.
11     This Court will vacate the settlement conference if the Court finds the settlement
12 conference will be neither productive nor meaningful to attempt to resolve all or part of this
13 case. As far in advance of the settlement conference as possible, a party shall inform the Court
14 and other parties that it believes the case is not in a settlement posture so the Court may vacate
15 or reset the settlement conference. Otherwise, the parties shall proceed with the settlement
16 conference in good faith to attempt to resolve all or part of the case.
17
18 IT IS SO ORDERED.
19     Dated:   **April 8, 2024**                    /s/ Barbara A. McAuliffe           _
20                                          UNITED STATES MAGISTRATE JUDGE