# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAL. DEP'T OF CORRS. & REHAB., *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-01108-SAB (PC)<br><br>ORDER THAT INMATE LORENZO GREEN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Plaintiff Lorenzo Green is a state prisoner represented by counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A video settlement conference in this matter commenced on July 30, 2024. Inmate Lorenzo Green, CDCR #BH-9836, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:  **July 30, 2024**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE