# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. WHITLEY, et. al,<br><br>　　　　Defendants. | Case No. 1:23-cv-01108-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 27) |

　　The Court conducted a settlement conference in this action on July 30, 2024, at which the parties reached a settlement agreement and which terms were placed on the record.

　　Based upon the settlement of this action, IT IS HEREBY ORDERED that:

　　　　1. All pending matters and dates in this action are VACATED; and

　　　　2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **July 30, 2024**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1